IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSE ANDERSON                                PLAINTIFF

v.                                Case No. 4:25-cv-00439-JM

WATKINS, et al.                                DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 2nd day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE